**Order entered September 20, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00356-CR

### BOBBY BRUNER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Criminal Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. MB16-31477-C**

## ORDER

The reporter's record was due May 20, 2019. When it was not filed and on the motion of appellant's counsel, we abated the case. The trial court held a hearing and made findings of fact on the record which we adopted. Specifically, we adopted the findings that:

- appellate counsel has made reasonable and diligent efforts to locate appellant;

- appellant has not maintained contact with counsel;

- appellant's actions indicate a disinterest in his case and communicate an interest in abandoning his appeal;

- appellant's current address is unknown and not determinable;

- there are no facts before the Court indicating that appellant is now or has ever been indigent.

Although we initially ordered the case submitted without the reporter's record and briefs, we later vacated our order to the extent it submitted the case. We then ordered appellant to file written verification by September 9, 2019 that he (1) requested the reporter's record be prepared; and (2) paid or made arrangements to pay the fee for the preparation of the reporter's record or was entitled to appeal without paying the fee. *See* TEX. R. APP. P. 37.3(c) (before submitting case without reporter's record, court must give appellant "notice and a reasonable opportunity to cure" failure to file reporter's record). We cautioned appellant that the failure to provide the written verification as ordered would result in this appeal being submitted without the reporter's record and briefs. *See* TEX. R. APP. P. 37.3(c), 38.8(b)(4); *Sutherland v. State*, 658 S.W.2d 169, 170 (Tex. Crim. App. 1983); *Scotka v. State*, 856 S.W.2d 790, 791 n.1 (Tex. App.—San Antonio 1993, no pet.); *see also Turner v. State*, No. 05-10-00182-CR, 2011 WL 522932, at *1 (Tex. App.—Dallas Feb. 16, 2011, no pet.) (not designated for publication). To date, appellant has not complied with our order or otherwise communicate with the Court about the appeal.

We **ORDER** this appeal submitted without a reporter's record or briefs. *See Sutherland*, 658 S.W.2d at 170; *Wilson v. State*, 39 S.W.3d 390, 391 (Tex. App.—Waco 2001, no pet.). The Court will review the existing record for fundamental error and convey its judgment in due course. *See Lott v. State*, 874 S.W.2d 687, 688 (Tex. Crim. App. 1994).

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE